**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

IN RE

SANITECH, LLC                                                                                           CASE NO.  21-20120

DEBTOR(S)

**AMENDED ORDER TO SHOW CAUSE**

An Order [ECF No. 167] was entered in this case on September 23, 2021, advising Alan Statman, that the Responses [ECF No. 165 and 166] did not meet the requirements of Section VI of the Administrative Procedures Manual.  The deficiency was not corrected.

For failure to comply with an Order of the Court [ECF No. 167], Alan Statman, is directed to appear and show cause before the Court at 11:00 a.m. on October 12, 2021, at the U.S. Bankruptcy Court, United States Courthouse, 35 West 5th Street, Suite 306, Covington, Kentucky, as to why sanctions should not be imposed, including but not limited to the striking of the pleadings.

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Wednesday, October 6, 2021**
(tnw)