UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE

SANITECH, LLC  CASE NO. 21-20120

DEBTOR(S)

### ORDER SETTING HEARING

It is ORDERED that the Motion for Authorization to Obtain Unsecured Post-Petition Credit on Shortened Notice [ECF No. 253] filed by Sanitech, LLC is set for hearing **at 11:00 AM on June 14, 2022, at U.S. Bankruptcy Court, United States Courthouse, 35 West 5th Street, Suite 306, Covington, Kentucky**.

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Wednesday, June 1, 2022**
(tnw)