**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

**IN RE**

**SANITECH, LLC** **CASE NO. 21-20120**
**DEBTOR**

**ORDER**

The Debtor commenced this Subchapter V Chapter 11 case by filing a petition on February 22, 2021. [ECF No. 1]. The Debtor's Plan was confirmed under 11 U.S.C. § 1191(a) on October 15, 2021 [ECF No. 222], and a Notice of Substantial Consummation was filed on September 20, 2023. [ECF No. 273].

The record does not reflect whether the case is fully administered pursuant to 11 U.S.C. § 350 and FED. R. BANKR. P. 3022. Based on the foregoing, it is ORDERED that, within **14 days from the date of this Order**, the Debtor shall file a status report explaining the remaining steps necessary to fully administer the case or a motion to enter a final decree and close the fully administered case.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**

**Signed By:**
***Gregory R. Schaaf***
**Bankruptcy Judge**
**Dated: Thursday, September 17, 2026**
**(grs)**