**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | | |
|---|---|---|
| In re<br>Sanitech, LLC<br>Debtor | :<br>:<br>:<br>:<br>:<br>: | Case No. 21-20120<br>Chapter 11 – Subchapter V |

**NOTICE OF FILING STATUS REPORT AND ACCOUNT OF PLAN DISBURSMENTS**

Sanitech, LLC (the "Debtor"), by and through counsel, hereby files this Notice and the Status Report and Accounting of Plan Disbursements attached as Exhibit A, in response to the Court's Order entered September 17, 2026 [ECF No. 275], and states as follows:

1. On February 22, 2021, the Debtor commenced this case under Chapter 11, Subchapter V of the Bankruptcy Code. The Court confirmed the Debtor's Plan of Reorganization on October 15, 2021 [ECF No. 222]. A Notice of Substantial Consummation was filed on September 20, 2023 [ECF No. 273].

2. Pursuant to the confirmed Plan, funds have been deposited into a Disbursement Fund administered by the Disbursing Agent for payment of administrative expenses and distributions to holders of allowed claims.

3. As reflected in the attached Report, through October 13, 2026, the Disbursement Fund has received $88,898.77 in deposits, of which $55,313.27 has been applied to administrative expenses and fees, and $31,181.68 has been disbursed to holders of allowed claims. The Report reflects an actual trust account balance of $2,475.93, subject to outstanding checks and reconciliation.

4. The Report further identifies the distributions made to individual creditors, the remaining balances payable under the Plan, and the transactions recorded in the Disbursement Fund. As of October 13, 2026, the Report reflects remaining distributions totaling $45,581.14.

5. The Debtor continues to administer the confirmed Plan. The remaining steps necessary to complete administration include funding and making the outstanding distributions, reconciling outstanding checks and creditor payments, and completing the final accounting of the Disbursement Fund.

6. The Debtor submits the attached Report to advise the Court and parties in interest of the status of Plan distributions and the matters remaining before the case can be fully administered and closed.

Respectfully,

*/s/ J. Christian Dennery*

J. Christian A. Dennery (KBA No. 95878)
Dennery, PLLC
PO Box 121241
Covington, KY 41012
Tel: 859-692-3685
Fax: 859-386-6726
jcdennery@dennerypllc.com
*Attorney for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026, a copy of the foregoing was served electronically through the Court's ECF System to all parties registered to receive notices in the above captioned case.

*/s/ J. Christian Dennery.*

**EXHIBIT A**

**SANITECH LLC - DISBURSEMENT SUMMARY**

| DepositS | |
|---|---|
| **Date** | **Amount** |
| 2/28/2022 | $ 15,718.99 |
| 3/7/2022 | $ 5,000.00 |
| 5/11/2022 | $ 9,954.65 |
| 7/27/2022 | $ 813.00 |
| 8/1/2022 | $ 46,912.13 |
| 05/20/25 | $ 3,500.00 |
| 11/05/25 | $ 3,500.00 |
| 04/16/26 | $ 3,500.00 |
| **Total Deposits:** | **$ 88,898.77** |

| | |
|---|---|
| **Total Deposits:** | **$ 88,898.77** |
| **Administrative Expenses and Fees:** | $ (55,313.27) |
| **Disbursements to Holders of Allowed Claims** | $ (31,181.68) |
| **Total Disbursements:** | **$ (86,494.95)** |
| **Uncashed Checks** | $ 2,403.82 |
| **Actual Trust Account Balance** | **$ 2,475.93** |

## SANITECH LLC DISBURSEMENT REPORT

| Claimant | Claim Amount | Min. Dist. % | Min. Dist. | 2022 | 2023 | 2024 | 2025 | 2026 | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Allowed Administrative Expenses and Fees | | | | $ 53,704.42 | $ - | $ 1,608.85 | $ - | $ - | |
| Ohio Dept of Taxation | $ 25,845.88 | 100% | $ 25,845.88 | $ 4,769.17 | $ 2,571.13 | $ - | $ - | $ 4,106.81 | $ 14,398.77 |
| KY Dept of Rev | $ 9,598.04 | 100% | $ 9,598.04 | $ 1,439.71 | $ 1,141.60 | $ - | $ - | $ 1,557.17 | $ 5,459.56 |
| ROC Funding Group | $ 38,301.02 | *Disallowed* | | | | | | | |
| Fundbox | $ 32,128.13 | *Disallowed* | | | | | | | |
| Green Capital Funding | Not Filed | *Disallowed* | | | | | | | |
| Ohio Dept of Taxation | $ 5,387.97 | 8% | $ 431.04 | $ 86.21 | $ 43.10 | $ - | $ - | $ 66.96 | $ 234.77 |
| KY Dept of Rev | $ 3,950.08 | 8% | $ 316.01 | $ 47.40 | $ 31.60 | $ - | $ - | $ 52.60 | $ 184.40 |
| Sinclair Broadcast | $ 5,406.67 | 8% | $ 432.53 | $ 86.51 | $ 86.51 | $ - | $ - | $ 57.59 | $ 201.93 |
| iHeart Media | $ 33,962.00 | 8% | $ 2,716.96 | $ 543.39 | $ 543.39 | $ - | $ - | $ 361.77 | $ 1,268.41 |
| Central Bank & Trust | $ 7,024.43 | 8% | $ 561.95 | $ 112.39 | $ 112.39 | $ - | $ - | $ 74.83 | $ 262.34 |
| John Harrison (fka Hood Solutions) | $ 35,747.85 | 8% | $ 2,859.83 | $ 428.97 | *Not Cashing any checks - Stopped sending* | | | | $ 2,430.85 |
| PNC Bank,, NA | $ 19,000.00 | 8% | $ 1,520.00 | *Not Cashing any checks - Stopped sending* | | | | | $ 1,520.00 |
| Camco Chemical Co. Inc. | $ 80,000.00 | 8% | $ 6,400.00 | $ 1,280.00 | $ 1,280.00 | $ - | $ - | $ - | $ 3,840.00 |
| Oracle America Inc. | $ 6,220.20 | 8% | $ 497.62 | $ 74.64 | $ 99.52 | $ - | $ - | $ - | $ 323.45 |
| Premier Chemical and Services, LLC | $ 237,428.60 | 8% | $ 18,994.29 | $ 2,849.14 | $ 4,747.84 | $ - | $ - | $ 2,529.32 | $ 8,867.98 |
| Loanme Inc. | $ 82,358.46 | 8% | $ 6,588.68 | $ - | $ - | $ - | $ - | $ - | $ 6,588.68 |
| **TOTALS :** | **$ 551,930.18** | | **$ 76,762.82** | **Total Disbursed :** | | **$ 31,181.68** | **Balance Due :** | | **$ 45,581.14** |

10/13/2026

**SANITECH LLC - TRUST ACCOUNT REGISTER**

| Date | Type | Account | Chk No | Description | Amount | Balance |
|---|---|---|---|---|---|---|
| 02/28/22 | Credit | 9635 - Truist | | DEPOSIT | $ 15,718.99 | $ 15,718.99 |
| 03/07/22 | Debit | 9635 - Truist | | Administrative Fees and Expense - Dennery Law | $(13,026.43) | $ 2,692.56 |
| 03/07/22 | Credit | 9635 - Truist | | DEPOSIT | $ 5,000.00 | $ 7,692.56 |
| 05/11/22 | Credit | 9635 - Truist | | DEPOSIT | $ 9,954.65 | $ 17,647.21 |
| 06/24/22 | Check | 9635 - Truist | 123 | Court costs - Statman Harris LLC | $ (1,000.00) | $ 16,647.21 |
| 07/05/22 | Debit | 9635 - Truist | | Administrative Fees and Expense - Dennery Law | $(10,327.15) | $ 6,320.06 |
| 07/12/22 | Check | 9635 - Truist | 130 | Central Bank & Trust | $ (28.10) | $ 6,291.96 |
| 07/12/22 | Check | 9635 - Truist | 128 | Sinclair Broadcast | $ (21.63) | $ 6,270.33 |
| 07/15/22 | Debit | 9635 - Truist | | Administrative Fees and Expense - Dennery Law | $ (500.00) | $ 5,770.33 |
| 07/18/22 | Check | 9635 - Truist | 133 | Camco Chemical Co. Inc. | $ (320.00) | $ 5,450.33 |
| 07/18/22 | Check | 9635 - Truist | 135 | Premier Chemical and Services, LLC | $ (949.71) | $ 4,500.62 |
| 07/27/22 | Credit | 9635 - Truist | | DEPOSIT | $ 813.00 | $ 5,313.62 |
| 07/28/22 | Check | 9635 - Truist | 124 | Ohio Dept of Taxation | $ (1,292.29) | $ 4,021.33 |
| 07/28/22 | Check | 9635 - Truist | 126 | Ohio Dept of Taxation | $ (21.55) | $ 3,999.78 |
| 08/01/22 | Credit | 9635 - Truist | | DEPOSIT | $ 46,912.13 | $ 50,911.91 |
| 08/02/22 | Check | 9635 - Truist | 136 | Administrative Fees and Expense - Dennery Law | $(26,545.17) | $ 24,366.74 |
| 08/19/22 | Check | 9635 - Truist | 134 | Oracle America Inc. | $ (24.88) | $ 24,341.86 |
| 09/02/22 | Check | 9635 - Truist | 143 | Sinclair Broadcast | $ (21.63) | $ 24,320.23 |
| 09/06/22 | Check | 9635 - Truist | 148 | Camco Chemical Co. Inc. | $ (320.00) | $ 24,000.23 |
| 09/06/22 | Check | 9635 - Truist | 146 | John Harrison (fka Hood Solutions) | $ (142.99) | $ 23,857.24 |
| 09/06/22 | Check | 9635 - Truist | 150 | Premier Chemical and Services, LLC | $ (949.71) | $ 22,907.53 |
| 09/07/22 | Check | 9635 - Truist | 145 | Central Bank & Trust | $ (28.10) | $ 22,879.43 |
| 09/12/22 | Check | 9635 - Truist | 138 | KY Dept of Rev | $ (479.90) | $ 22,399.53 |
| 09/12/22 | Check | 9635 - Truist | 142 | KY Dept of Rev | $ (15.80) | $ 22,383.73 |
| 09/13/22 | Check | 9635 - Truist | 137 | Ohio Dept of Taxation | $ (1,292.29) | $ 21,091.44 |
| 09/13/22 | Check | 9635 - Truist | 141 | Ohio Dept of Taxation | $ (21.55) | $ 21,069.89 |
| 09/23/22 | Check | 9635 - Truist | 151 | Administrative Fees and Expense - Dennery Law | $ (2,305.67) | $ 18,764.22 |
| 09/29/22 | Check | 9635 - Truist | 129 | iHeart Media | $ (135.85) | $ 18,628.37 |
| 10/04/22 | Check | 9635 - Truist | 149 | Oracle America Inc. | $ (24.88) | $ 18,603.49 |
| 10/14/22 | Check | 9635 - Truist | 144 | iHeart Media | $ (135.85) | $ 18,467.64 |
| 11/07/22 | Check | 9635 - Truist | 158 | Central Bank & Trust | $ (28.10) | $ 18,439.54 |
| 11/07/22 | Check | 9635 - Truist | 162 | John Harrison (fka Hood Solutions) | $ (142.99) | $ 18,296.55 |
| 11/08/22 | Check | 9635 - Truist | 152 | Ohio Dept of Taxation | $ (1,092.29) | $ 17,204.26 |
| 11/08/22 | Check | 9635 - Truist | 154 | Ohio Dept of Taxation | $ (21.55) | $ 17,182.71 |
| 11/08/22 | Check | 9635 - Truist | 161 | Premier Chemical and Services, LLC | $ (949.71) | $ 16,233.00 |
| 11/08/22 | Check | 9635 - Truist | 156 | Sinclair Broadcast | $ (21.63) | $ 16,211.37 |
| 11/09/22 | Check | 9635 - Truist | 157 | iHeart Media | $ (135.85) | $ 16,075.52 |
| 11/10/22 | Check | 9635 - Truist | 159 | Camco Chemical Co. Inc. | $ (320.00) | $ 15,755.52 |
| 12/16/22 | Check | 9635 - Truist | 160 | Oracle America Inc. | $ (24.00) | $ 15,731.52 |
| 01/13/23 | Check | 9635 - Truist | 172 | John Harrison (fka Hood Solutions) | $ (142.99) | $ 15,588.53 |
| 01/13/23 | Check | 9635 - Truist | 169 | Sinclair Broadcast | $ (21.63) | $ 15,566.90 |
| 01/17/23 | Check | 9635 - Truist | 171 | Central Bank & Trust | $ (28.10) | $ 15,538.80 |
| 01/17/23 | Check | 9635 - Truist | 170 | iHeart Media | $ (135.85) | $ 15,402.95 |
| 01/19/23 | Check | 9635 - Truist | 173 | Camco Chemical Co. Inc. | $ (320.00) | $ 15,082.95 |
| 01/20/23 | Check | 9635 - Truist | 165 | Ohio Dept of Taxation | $ (1,092.29) | $ 13,990.66 |
| 01/20/23 | Check | 9635 - Truist | 167 | Ohio Dept of Taxation | $ (21.55) | $ 13,969.11 |
| 01/24/23 | Check | 9635 - Truist | 166 | KY Dept of Rev | $ (479.90) | $ 13,489.21 |

10/13/2026

| Date | Type | Account | Chk No | Description | Amount | ( | Balance |
|---|---|---|---|---|---|---|---|
| 01/24/23 | Check | 9635 - Truist | 168 | KY Dept of Rev | $ (15.80) | | $ 13,473.41 |
| 03/20/23 | Check | 9635 - Truist | 153 | KY Dept of Rev | $ (479.90) | | $ 12,993.51 |
| 03/20/23 | Check | 9635 - Truist | 155 | KY Dept of Rev | $ (15.80) | | $ 12,977.71 |
| 04/17/23 | Check | 9635 - Truist | 183 | Central Bank & Trust | $ (28.10) | | $ 12,949.61 |
| 04/18/23 | Check | 9635 - Truist | 178 | KY Dept of Rev | $ (166.00) | | $ 12,783.61 |
| 04/18/23 | Check | 9635 - Truist | 180 | KY Dept of Rev | $ (15.80) | | $ 12,767.81 |
| 04/18/23 | Check | 9635 - Truist | 177 | Ohio Dept of Taxation | $ (165.00) | | $ 12,602.81 |
| 04/18/23 | Check | 9635 - Truist | 179 | Ohio Dept of Taxation | $ (21.55) | | $ 12,581.26 |
| 04/20/23 | Check | 9635 - Truist | 186 | Premier Chemical and Services, LLC | $ (1,899.42) | | $ 10,681.84 |
| 04/21/23 | Check | 9635 - Truist | 184 | Camco Chemical Co. Inc. | $ (320.00) | | $ 10,361.84 |
| 04/26/23 | Check | 9635 - Truist | 182 | iHeart Media | $ (135.85) | | $ 10,225.99 |
| 05/05/23 | Check | 9635 - Truist | 181 | Sinclair Broadcast | $ (21.63) | | $ 10,204.36 |
| 05/15/23 | Check | 9635 - Truist | 185 | Oracle America Inc. | $ (24.88) | | $ 10,179.48 |
| 07/11/23 | Check | 9635 - Truist | 189 | Sinclair Broadcast | $ (21.63) | | $ 10,157.85 |
| 07/12/23 | Check | 9635 - Truist | 191 | Central Bank & Trust | $ (28.10) | | $ 10,129.75 |
| 07/13/23 | Check | 9635 - Truist | 192 | Camco Chemical Co. Inc. | $ (320.00) | | $ 9,809.75 |
| 07/13/23 | Check | 9635 - Truist | 187 | Ohio Dept of Taxation | $ (1,113.84) | | $ 8,695.91 |
| 07/17/23 | Check | 9635 - Truist | 188 | KY Dept of Rev | $ (495.70) | | $ 8,200.21 |
| 07/20/23 | Check | 9635 - Truist | 190 | iHeart Media | $ (135.85) | | $ 8,064.36 |
| 07/25/23 | Check | 9635 - Truist | 195 | Ronald Martin | $ (949.71) | | $ 7,114.65 |
| 10/30/23 | Check | 9635 - Truist | 193 | Oracle America Inc. | $ (24.88) | | $ 7,089.77 |
| 11/07/23 | Check | 0870 - Heritage | 218 | Central Bank & Trust | $ (28.10) | | $ 7,061.67 |
| 11/08/23 | Check | 0870 - Heritage | 215 | Sinclair Broadcast | $ (21.63) | | $ 7,040.04 |
| 11/10/23 | Check | 0870 - Heritage | 214 | Ohio Dept of Taxation | $ (1,292.29) | | $ 5,747.75 |
| 11/10/23 | Check | 0870 - Heritage | 224 | Ohio Dept of Taxation | $ (21.55) | | $ 5,726.20 |
| 11/13/23 | Check | 0870 - Heritage | 219 | Camco Chemical Co. Inc. | $ (320.00) | | $ 5,406.20 |
| 11/15/23 | Check | 0870 - Heritage | 217 | iHeart Media | $ (135.85) | | $ 5,270.35 |
| 11/21/23 | Check | 0870 - Heritage | 221 | Premier Chemical and Services, LLC | $ (949.71) | | $ 4,320.64 |
| 01/30/24 | Check | 0870 - Heritage | 243 | iHeart Media | $ (135.85) | | $ 4,184.79 |
| 02/01/24 | Check | 0870 - Heritage | 242 | Sinclair Broadcast | $ (21.63) | | $ 4,163.16 |
| 02/01/24 | Check | 0870 - Heritage | 244 | Central Bank & Trust | $ (28.10) | | $ 4,135.06 |
| 02/05/24 | Check | 0870 - Heritage | 245 | Camco Chemical Co. Inc. | $ (320.00) | | $ 3,815.06 |
| 02/12/24 | Check | 0870 - Heritage | 247 | Premier Chemical and Services, LLC | $ (949.00) | | $ 2,866.06 |
| 02/14/24 | Check | 0870 - Heritage | 241 | KY Dept of Rev | $ (479.90) | | $ 2,386.16 |
| 02/14/24 | Check | 0870 - Heritage | 249 | KY Dept of Rev | $ (15.80) | | $ 2,370.36 |
| 02/20/24 | Check | 0870 - Heritage | 246 | Oracle America Inc. | $ (49.76) | | $ 2,320.60 |
| 03/12/24 | Credit | 870 - Heritage | | Transfer from Truist | $ 7,500.00 | | $ 9,820.60 |
| 03/14/24 | Debit | 870 - Heritage | | Insufficient Funds | $ (7,500.00) | | $ 2,320.60 |
| 03/14/24 | Debit | 870 - Heritage | | Administrative Fee | $ (10.00) | | $ 2,310.60 |
| 03/20/24 | Check | 9635 - Truist | 197 | TRANSFER TO HERITAGE IOLTA | $ (7,000.00) | | $ (4,689.40) |
| 03/20/24 | Credit | 870 - Heritage | | Transfer from Truist | $ 7,000.00 | | $ 2,310.60 |
| 03/25/24 | Debit | 870 - Heritage | | Administrative Expense - Dennery Law | $ (1,598.85) | | $ 711.75 |
| 05/21/24 | Credit | 870 - Heritage | | DEPOSIT | $ 2,630.38 | | $ 3,342.13 |
| 09/04/24 | Credit | 870 - Heritage | | DEPOSIT | $ 3,616.27 | | $ 6,958.40 |
| 10/30/24 | Check | 870 - Heritage | 372 | iHeart Media | $ (407.55) | | $ 6,550.85 |
| 10/31/24 | Check | 870 - Heritage | 373 | Central Bank | $ (84.30) | | $ 6,466.55 |
| 11/01/24 | Check | 870 - Heritage | 369 | Ohio Dept of Rev | $ (1,313.85) | | $ 5,152.70 |
| 11/01/24 | Check | 870 - Heritage | 371 | Sinclair | $ (64.89) | | $ 5,087.81 |
| 11/07/24 | Check | 870 - Heritage | 374 | Camco CHECK 374 | $ (960.00) | | $ 4,127.81 |

10/13/2026

| Date | Type | Account | Chk No | Description | Amount | ( ( | Balance |
|---|---|---|---|---|---|---|---|
| 11/21/24 | Check | 870 - Heritage | 370 | Ky Dept of Rev CHECK 370 | $ (495.70) | | $ 3,632.11 |
| 12/03/24 | Check | 870 - Heritage | 376 | Ronald Martin CHECK 376 | $ (2,849.13) | | $ 782.98 |
| 05/20/25 | | 870 - Heritage | | DEPOSIT | $ 3,500.00 | | $ 4,282.98 |
| 11/05/25 | | 870 - Heritage | | DEPOSIT | $ 3,500.00 | | $ 7,782.98 |
| 04/16/26 | | 870 - Heritage | | DEPOSIT | $ 3,500.00 | | $ 11,282.98 |
| 06/15/26 | Check | 870 - Heritage | 480 | Central Bank | $ (74.83) | | $ 11,208.15 |
| 06/17/26 | Check | 870 - Heritage | 474 | Sinclair Broadcast | $ (57.59) | | $ 11,150.56 |
| 06/17/26 | Check | 870 - Heritage | 476 | iHeart | $ (361.77) | | $ 10,788.79 |
| 06/23/26 | Check | 870 - Heritage | 470 | Ohio Dept of Taxation | $ (4,106.81) | | $ 6,681.98 |
| 06/23/26 | Check | 870 - Heritage | 471 | Ohio Dept of Taxation | $ (66.96) | | $ 6,615.02 |
| 07/07/26 | Check | 870 - Heritage | 478 | Martin, Ronald | $ (2,529.32) | | $ 4,085.70 |
| 08/05/26 | Check | 870 - Heritage | 472 | KY Dept of Rev | $ (1,557.17) | | $ 2,528.53 |
| 08/05/26 | Check | 870 - Heritage | 473 | KY Dept of Rev | $ (52.60) | | $ 2,475.93 |